



# MEMORANDUM OPINION

No. 04-11-00683-CR

**IN RE** Juan Roberto **RODRIGUEZ**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
           Sandee Bryan Marion, Justice
           Rebecca Simmons, Justice

Delivered and Filed:  October 5, 2011

PETITION FOR WRIT OF MANDAMUS DENIED

On September 16, 2011, relator filed a petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 1990-CR-1294, styled *State of Texas v. Juan Roberto Rodriguez*, in the 227th Judicial District Court, Bexar County, Texas, the Honorable Philip Kazen presiding.